**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: James W. Hanna, Jr. and Nanette L. Hanna | BKY. NO. 14-03689 MDF |
| <u>Debtor(s)</u> | CHAPTER 13 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 4998

                                                Respectfully submitted,

                                                <u>**/s/ Thomas Puleo**</u>
                                                Thomas Puleo, Esquire
                                                James C. Warmbrodt, Esquire
                                                KML Law Group, P.C.
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA 19106-1532
                                                (215) 825-6306  FAX (215) 825-6406
                                                Attorney for Movant/Applicant