Certificate Number: 03621-PAM-DE-030426018

Bankruptcy Case Number: 14-03689



03621-PAM-DE-030426018

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 13, 2018, at 5:04 o'clock PM EST, James W Hanna Jr completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: January 13, 2018     By:    /s/Yadira Diaz

Name: Yadira Diaz

Title: Credit Counselor