

03621-PAM-DE-030426014

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 13, 2018, at 5:03 o'clock PM EST, Nanette Hanna completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  January 13, 2018

By:  /s/Yadira Diaz

Name:  Yadira Diaz

Title:  Credit Counselor