Certificate Number: 03621-PAM-DE-030426018

Bankruptcy Case Number: 14-03689


03621-PAM-DE-030426018

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 13, 2018, at 5:04 o'clock PM EST, James W Hanna Jr completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  January 13, 2018           By:     /s/Yadira Diaz

                                  Name:   Yadira Diaz

                                  Title:  Credit Counselor