```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                            Case No. 14-03689-HWV
James W. Hanna, Jr.                                               Chapter 13
Nanette L. Hanna
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-1       User: DDunbar           Page 1 of 1          Date Rcvd: Jun 21, 2018
                           Form ID: pdf010         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: cmecf@dilksknopik.com Jun 21 2018 19:13:07      Brian J Dilks,
                 Dilks & Knopik, LLC,   35308 SE Center St,   Snoqualmie, WA 98065-9216
                                                                                                 TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2018                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              Charles J Hobbs    on behalf of Debtor 1 James W. Hanna, Jr. chobbs@yorkpaattorney.com,
               jsmith@yorkpaattorney.com
              Charles J Hobbs    on behalf of Debtor 2 Nanette L. Hanna chobbs@yorkpaattorney.com,
               jsmith@yorkpaattorney.com
              Joseph P Schalk    on behalf of Creditor    OCWEN LOAN SERVICING, LLC jschalk@barley.com,
               sromig@barley.com
              Joshua I Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Linda Arlene Michler    on behalf of Creditor    Branch Banking and Trust Company
               Linda.Michler@Michlerlaw.com,  Dhamilton@michlerlaw.com
              Recovery Management Systems Corporation     claims@recoverycorp.com
              Thomas I Puleo    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee     ustpregion03.ha.ecf@usdoj.gov
              William Edward Miller    on behalf of Creditor    MTGLQ Investors L.P. wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                                 TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| James W. Hanna, Jr. | | Chapter: | 13 |
| | Debtor 1 | Case No.: | 1-14-03689-HWV |
| Nanette L. Hanna | | Document No.: | 114 |
| | Debtor 2 | | |

ORDER ON PETITION FOR UNCLAIMED FUNDS

IT IS ORDERED that the Petition for Unclaimed Funds filed on May 29, 2018, is approved.

Dated: June 20, 2018

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (KB)

Order Petition for Unclaimed Funds - Revised 04/18