In re:                                                          Case No. 14-03689-HWV
James W. Hanna, Jr.                                             Chapter 13
Nanette L. Hanna
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: CGambini          Page 1 of 1          Date Rcvd: Jul 08, 2019
                             Form ID: pdf010          Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 10, 2019.
db/jdb      +James W. Hanna, Jr.,   Nanette L. Hanna,   2914 Wesley Drive,   Dover, PA 17315-4657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: resurgentbknotifications@resurgent.com Jul 08 2019 19:19:40      CACH, LLC,
                PO Box 10587,   Greenville, SC  29603-0587
                                                                                    TOTAL: 1


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2019 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          Charles J Hobbs    on behalf of Debtor 1 James W. Hanna, Jr. chobbs@yorkpaattorney.com,
          jsmith@yorkpaattorney.com
          Charles J Hobbs    on behalf of Debtor 2 Nanette L. Hanna chobbs@yorkpaattorney.com,
          jsmith@yorkpaattorney.com
          Joseph P Schalk    on behalf of Creditor    OCWEN LOAN SERVICING, LLC jschalk@barley.com,
          sromig@barley.com
          Joshua I Goldman    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Joshua I Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Linda Arlene Michler    on behalf of Creditor    Branch Banking and Trust Company
          Linda.Michler@Michlerlaw.com,  Dhamilton@michlerlaw.com
          Recovery Management Systems Corporation    claims@recoverycorp.com
          Thomas I Puleo    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William Edward Miller    on behalf of Creditor    MTGLQ Investors L.P. wmiller@sterneisenberg.com,
          bkecf@sterneisenberg.com
                                                                          TOTAL: 11

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | | |
|---|---|---|---|
| **James W. Hanna, Jr.** | | **Chapter:** | 13 |
| | **Debtor 1** | **Case No.:** | **1:14-bk-03689-HWV** |
| **Nanette L. Hanna** | | **Document No.:** | 118 |
| | **Debtor 2** | | |

## ORDER ON PETITION FOR UNCLAIMED FUNDS

**IT IS ORDERED** that the Petition for Unclaimed Funds filed by the Debtor Nanette L. Hanna for creditor CACH LLC on July 2, 2019, is DENIED. The Unclaimed Funds owed to CACH LLC were disbursed on July 18, 2018 to CACH LLC, check #4030-86899948, in the amount of $3940.60.

Dated: July 8, 2019

By the Court,

_Henry W. Van Eck_

Henry W. Van Eck, Bankruptcy Judge (LS)